**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 20-cr-380 YGR** |
| **PLAINTIFF,** | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. | |
| **DOUGLAS E. ANDERSON,** | |
| **DEFENDANT.** | |

Pursuant to Criminal Local Rule 8-1, this case is hereby referred to the Honorable Haywood Gilliam to consider whether it is related to *United States v. Eduardo Guzman, et al*, case no. 19-cr-655.  The parties have no objection to the relation of these two cases.

**IT IS SO ORDERED.**

Date: August 5, 2021

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**