1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  RYAN REZAEI (CABN 285133)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      FAX: (415) 436-7234
8     ryan.rezaei@usdoj.gov

9  Attorneys for United States of America

                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,            )  NO. 20-CR-380-HSG
                                        )
14         Plaintiff,                   )  NOTICE OF DISMISSAL; ORDER
                                        )
15    v.                                )
                                        )
16 DOUGLAS E. ANDERSON,                 )
                                        )
17         Defendant.                   )
                                        )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
20 States Attorney for the Northern District of California dismisses the above indictment against Douglas
21 E. Anderson.  The defendant does not oppose the Government's notice.
22

23 DATED: February 14, 2023                       Respectfully submitted,

24                                                STEPHANIE M. HINDS
                                                  United States Attorney
25
                                                  /s/ Thomas A. Colthurst
26                                                _____
                                                  THOMAS A. COLTHURST
27                                                Chief, Criminal Division

28

NOTICE OF DISMISSAL
No. 20-CR-380-HSG                                                                        v. 8/4/2021

1     Leave is granted to the government to dismiss the indictment against Douglas E. Anderson.

4   Date:   2/16/2023

*Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge